UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALTRUS INNOVATIONS, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC.,<br><br>Defendant. | Case No. 25-cv-06259-PCP<br><br>**RELATED CASE ORDER**<br>Re: Dkt. No. 17 |

A Notice of Pendency of Other Action Involving Same Patents, Dkt. No. 17, has been filed concerning *Valtrus Innovations, Ltd. v. Google LLC*, Case No. 5:25-cv-07179-PCP. Pursuant to Patent Local Rule 2-1(a), the Court orders that *Valtrus Innovations, Ltd. v. Google LLC*, Case No. 5:25-cv-07179-PCP, be deemed related to *Valtrus Innovations, Ltd. v. Cloudfare, Inc.*, Case No. 25-cv-06259-PCP.

**IT IS SO ORDERED.**

Dated: September 22, 2025

P. Casey Pitts
United States District Judge