Jason G. Sheasby (SBN 205455)
*jsheasby@irell.com*
Amy E. Proctor (SBN 283845)
*aproctor@irell.com*
Andrew Strabone (SBN 301659)
*astrabone@irell.com*
Connor R. He-Schaefer (SBN 341545)
*che-schaefer@irell.com*
Erick Franklund (SBN 348400)
*efranklund@irell.com*

IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

*Attorneys for Plaintiffs Valtrus Innovations
Ltd. and Key Patent Innovations Limited*

David Perlson (Bar No. 209502)
*david.perlson@hoganlovells.com*
Antonio Sistos (Bar No. 238847)
*ton.sistos@hoganlovells.com*

HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
415-374-2412 (Telephone)
415-374-2499 (Facsimile)

*Attorneys for Defendant
GOOGLE LLC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:25-cv-07179-PCP<br><br>**JOINT STATEMENT REGARDING COORDINATION AND CONSOLIDATION OF PROCEEDINGS**<br><br>Judge: Hon. P. Casey Pitts<br>Mag. Judge: Hon. Nathanael M. Cousins |

Pursuant to the Court's September 19, 2025 Scheduling Order (D.I. 19) and September 22, 2025 clarification (D.I. 20), Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Limited (collectively, "Plaintiffs"), and Defendant Google LLC ("Defendant") hereby submit this Joint Statement Regarding Coordination and Consolidation of Proceedings. The parties agree that the three pending, related cases (Nos. 5:25-cv-06259-PCP, 5:25-cv-07063-PCP, and 5:25-cv-07179)

should not be consolidated or coordinated at this time, and that the Court should not conduct a consolidated case management conference. Per the Court's request, the parties separately identify Thursdays in 2025 on which counsel is unavailable for a case management conference below.

### PLAINTIFFS' UNAVAILABILITY

Plaintiffs' counsel is unavailable to attend a consolidated case management conference on the following Thursdays in 2025:

- October 9, 2025
- October 16, 2025
- October 23, 2025
- October 30, 2025
- November 6, 2025
- November 27, 2025 (Thanksgiving)
- December 4, 2025
- December 11, 2025
- December 25, 2025 (Christmas Day)

### DEFENDANT'S UNAVAILABILITY

Defendant's counsel is unavailable to attend a consolidated case management conference on the following Thursdays in 2025:

- October 2, 2025
- October 23, 2025
- November 13, 2025
- November 20, 2025
- November 27, 2025 (Thanksgiving)
- December 11, 2025
- December 25, 2025 (Christmas Day)

1    Dated:  September 26, 2025          Respectfully submitted,

2                                        IRELL & MANELLA LLP

3

4                                        By:   /s/ *Connor R. He-Schaefer*
                                         Connor R. He-Schaefer
5                                        Attorneys for Plaintiffs
                                         VALTRUS INNOVATIONS LTD. and
6                                        KEY PATENT INNOVATIONS LIMITED

7    Dated:  September 26, 2025          Respectfully submitted,

8                                        HOGAN LOVELLS US LLP

9

10                                       By:   /s/ *David Perlson*
                                         David Perlson
11                                       Attorneys for Defendant Google LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION OF CONCURRENCE**

In accordance with Civil Local Rule 5-1(i)(3), I attest that all signatories listed herein have concurred in the filing of this document.

                                       _/s/ Connor R. He-Schaefer_
                                        Connor R. He-Schaefer